# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>        Respondent.<br>_____/ | 1:08-cv-00550 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION, WITHOUT PREJUDICE<br><br>[Doc. 9] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on April 14, 2008, in the Sacramento Division of this Court. (Court Doc. 1.) The petition was transferred to the Fresno Division on April 22, 2008. (Court Doc. 5.)

    On May 16, 2008, the Court issued a Findings and Recommendation to dismiss the petition, without prejudice, as successive. (Court Doc. 7.)

    Now pending before the Court is Petitioner's motion to dismiss the petition, without prejudice, filed June 17, 2008. (Court Doc. 9.)

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have

appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

    Respondent has not filed an answer to the petition for writ of habeas corpus. Accordingly, IT IS ORDERED that the petition IS DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                         /s/ **Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE